STATE OF CONNECTICUT *v.* CARLETON SMITH

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 85 Conn. App. 96 (AC 23414), is granted, limited to the following issues:

"1. Did the Appellate Court properly reverse the judgment of conviction based upon the trial court's failure to hold an evidentiary hearing pursuant to General Statutes § 54-86f?

"2. Did the Appellate Court properly conclude that General Statutes § 54-86f (1) requires that a defendant be permitted to introduce evidence of any semen that is found on the victim?

"3. Did the Appellate Court properly conclude that a defendant whose defense is misidentification must be permitted to present evidence of semen from a third party without having to first show the relevance of that semen to the sexual assault?"

The Supreme Court docket number is SC 17309.

*Proloy K. Das,* assistant state's attorney, in support of the petition.

*James B. Streeto,* assistant public defender, in opposition.

Decided November 10, 2004

STATE OF CONNECTICUT *v.* DEAN HOLLIDAY

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 242 (AC 23568), is denied.

*Deborah G. Stevenson,* special public defender, in support of the petition.

Decided November 10, 2004